IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | |
| KENNETH MAYER | BK. No. 17-10171-AMC |
| Debtor : | |
| : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS : | |
| TRUSTEE, FOR RESIDENTIAL ASSET : | |
| SECURITIES CORPORATION, HOME : | |
| EQUITY MORTGAGE ASSET-BACKED PASS- : | |
| THROUGH CERTIFICATES, SERIES 2006- : | 11 U.S.C. §362 |
| EMX5 : | |
| Movant : | |
| v. : | |
| KENNETH MAYER | |
| Respondent | |

**MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX5 FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtor KENNETH J. MAYER.

1. Movant is **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX5.**

2. Debtor, KENNETH J. MAYER is the owner of the premises located at **3503 BROOKVIEW ROAD, PHILADELPHIA, PA 19154 N/K/A 3503 BROOKVIEW RD, PHILADELPHIA, PA 19154-4004**, hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5. Debtor's failure to tender monthly payments in a manner consistent with the

terms of the Mortgage and Note result in a lack of adequate protection.

6. Movant instituted foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

7. The foreclosure proceedings instituted were stayed by the filing of the instant Chapter 13 Petition.

8. As of the date of October 24, 2017, Debtor has failed to tender post-petition mortgage payments for the months of August 2017 through October 2017. The monthly payment amount for the months of August 2017 through October 2017 is $1,329.58, for a total amount due of $3,988.74. The next payment is due on or before November 1, 2017 in the amount of $1,329.58. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

9. Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

10. Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

11. Movant, it's successors and assignees posits that due to Debtor's continuing failure to tender post-petition mortgage payments and the resulting and ever increasing lack of adequate protection that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its successors or assignees should be allowed to immediately enforce and implement the Order granting relief from the automatic stay.

12. Movant requests that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. Modifying the Automatic Stay under Section 362 with respect to **3503 BROOKVIEW ROAD, PHILADELPHIA, PA 19154 N/K/A 3503 BROOKVIEW RD, PHILADELPHIA, PA 19154-4004** (as more fully set forth in the legal description attached to the

Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

      b.      Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

      c.      Holding that due to Debtor's continuing failure to tender post-petition mortgage payments and the resulting and ever increasing lack of adequate protection that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its successors or assignees, should be allowed to immediately enforce and implement the Order granting relief from the automatic stay; and

      d.      Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

      e.      Granting any other relief that this Court deems equitable and just.

      /s/ Thomas Song, Esquire  
      Thomas Song, Esq., Id. No.89834  
      Phelan Hallinan Diamond & Jones, LLP  
      1617 JFK Boulevard, Suite 1400  
      One Penn Center Plaza  
      Philadelphia, PA 19103  
      Phone Number: 215-563-7000 Ext 31387  
      Fax Number: 215-568-7616  
      Email: Thomas.Song@phelanhallinan.com

October 30, 2017