# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| **KENNETH MAYER** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | BK. No. 17-10171 AMC |

## ORDER

AND NOW, this _____ day of _____, 2018, it is hereby **ORDERED** that the foregoing Stipulation by and among Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX5, and BRAD J. SADEK, ESQUIRE, counsel for the Debtor is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: March 14, 2018**

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107