

| | | |
|---|---|---|
| ROSEMARIE DIAMOND<br>ADMITTED IN PENNSYLVANIA,<br>NEW JERSEY | | THOMAS E. BROCK<br>ADMITTED IN NORTH CAROLINA |
| JAY JONES<br>ADMITTED IN PENNSYLVANIA,<br>NEW JERSEY | 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054<br>ConsumerContact@brockandscott.com<br>(844) 856-6646 Consumer Hotline<br>www.brockandscott.com | GREGORY A. SCOTT<br>ADMITTED IN NORTH CAROLINA |

Andrew Spivack, Esquire
Bankruptcy Attorney

March 3, 2022

SENT VIA REGULAR MAIL AND E-MAILED TO:
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
Email: brad@sadeklaw.com

RE:    KENNETH MAYER
       Bankruptcy No. 17-10171-mdc
       3503 Brookview Rd, Philadelphia, PA 19154
       Loan ending in ▮▮▮▮

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on March 14, 2018.

As of 03/01/2022, Pursuant to the terms of the Stipulation, your clients has failed to make regular monthly payments, for the months of January 1, 2021 through May 1, 2021 in the amount of $1,357.46 each, June 1, 2021 through March 1, 2022 in the amount of $1,353.83 each, less Debtor's suspense in the amount of $1,164.55. In order to cure this default, it will be necessary for your client to remit $19,161.05, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

Wells Fargo Home Mortgage
PO Box 14507
Des Moines, IA 50306

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

**If the debtor has been negatively impacted by COVID-19, the debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the debtor about these options.**

Bankruptcy Dept.
Brock and Scott, PLLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU: ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

cc:
KENNETH MAYER
Wells Fargo Bank, N.A.